IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02049-NRN

MARCKENCY ESTINORD,

Petitioner,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security;
DAVID VENTURELLA, in his official capacity as Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement1;
DEREK GORDON, Acting Executive Assistant Director Homeland Security Investigations (HSI), U.S. Immigration and Customs Enforcement;
MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), U.S. Immigration and Customs Enforcement;
DAREN K. MARGLIN, Director; Executive Office for Immigration Review;
JUAN BALTAZAR, Warden, Denver Contract Detention Facility,

Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders [Docket No.'s 10 and 12] of Magistrate Judge N. Reid Neureiter entered on May 26, 2026 and June 8, 2026, it is

ORDERED that the Petition for a Writ of Habeas Corpus [Docket No. 1] is GRANTED IN PART.  It is further

2

ORDERED that Petitioner is awarded his costs pursuant to D.C.COLO.LCivR

54.1. *See Daley v. Ceja*, 158 F.4th 1152 (10th Cir. Nov. 3, 2025); 28 U.S.C. § 412(a)(1).

It is further

ORDERED that the case is closed.

Dated at Denver, Colorado this 8th day of June 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By s/ Román Villa
　　　Deputy Clerk